IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.           07-CR-50033-001

JORGE BRETADO PATINO                                          DEFENDANT

## O R D E R

Now on this 7th day of April, 2011, come on for consideration defendant's **Motion For Reduction Of Sentence In Light Of The November First 2010 Amendments To The U.S.S.G.** (document #81), and the **Magistrate Judge's Report And Recommendation** (document #86), to which no objection has been made.

The Court has carefully considered the Report And Recommendation, and finds it sound in all respects, and it will be adopted.  Defendant's Motion will be denied for the reasons set out in the Report And Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #86) is **adopted in toto**, and defendant's **Motion For Reduction Of Sentence In Light Of The November First 2010 Amendments To The U.S.S.G.** (document #81) is **denied**.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**